ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                )
                                            )
Marinis Bros., Inc.                         )        ASBCA No. 59783
                                            )
Under Contract No. W912BU-10-C-0050         )

APPEARANCES FOR THE APPELLANT:          Michael F. McKenna, Esq.
                                        Levi W. Barrett, Esq.
                                          Lewis & McKenna
                                          Saddle River, NJ

APPEARANCES FOR THE GOVERNMENT:         Thomas H. Gourlay, Jr., Esq.
                                          Engineer Chief Trial Attorney
                                        Amanda G. Phily, Esq.
                                          Engineer Trial Attorney
                                          U.S. Army Engineer District, Philadelphia

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 29 April 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59783, Appeal of Marinis Bros., Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals